UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAHEE ABD RASHEED, | ) | 1:08-cv-01664 YNP (HC) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER LEAVE |
| v. | ) | TO FILE AN AMENDED PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| BOARD OF PAROL OF THE UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Both Petitioner and Respondent have consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (Docs. #6, 14).

28 U.S.C. §2254 is a means by which a state prisoner, who is in custody pursuant to a state court judgment, may challenge his custody if he believes that the custody is in violation of the Constitution, laws, or treaties of the United States. Rule 2(c) of the Rules Governing Section 2254 Cases states in part that "the petition must: (1) specify all the grounds for relief available to the petitioner; (2) state the facts supporting each ground; (3) state the relief requested..." In this case neither the petition nor any of Petitioner's supplemental pleadings rise to the level of satisfying these requirements. Petitioner's pleadings are wholly unintelligible and fail to state any concrete claims for which he seeks relief.

Accordingly, the Court hereby grants Petitioner leave to amend his complaint within thirty

1  (30) days from the date of this order.  If Petitioner has not filed an amended petition which includes a
2  clear statement of all of the information specified by Rule 2(c) within thirty (30) days, the petition
3  will be dismissed.

## ORDER

4  
5  1)   Petitioner is granted leave to amend his petition for writ of habeas corpus within thirty (30)
6       days of service of this order.
7  2)   The clerk of the Court is hereby ORDERED to send Petitioner a standard §2254 form
8       petition so that he might answer the questions posed on the form and return it to the court.

10     IT IS SO ORDERED.

11     Dated:   **June 15, 2009**               **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE